Maryam Fatouh, Esq.
Atty. No. 007252007
111 Town Square Place, Ste. 238
Jersey City, NJ 07310
P: (856) 296-1877
E: Maryam.Fatouh@gmail.com

*Attorney for Plaintiffs, Fawzia Afzal-Khan and Adam Rzepka*

| | |
|---|---|
| AFZAL-KHAN, FAWZIA and RZEPKA, ADAM<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>MONTCLAIR STATE UNIVERSITY<br><br><br>　　　　　　　　Defendant. | United States District Court for the District of New Jersey<br>Case No. 2:25−CV−13973−MEF−MA<br><br>Civil Action<br><br>**ORDER FOR ADMISSION OF JONATHAN WALLACE**<br>***PRO HAC VICE***<br>**ON BEHALF OF PLAINTIFFS FAWZIA AFZAL-KHAN AND ADAM RZEPKA** |

**THIS MATTER** having been opened to the Court by Maryam Fatouh, Counsel for Plaintiffs in the above-captioned matter for the admission *pro hac vice* of attorney Jonathan Wallace, having been served in accordance with Local Civil Rule 101.1(c); and the Court having considered all papers submitted in support of the motion and having found in accordance with Local Civil Rule 101.1(c) that good cause exists for the admission *pro hac vice* of Jonathan Wallace;

IT IS ON THIS <u>20th</u> day of <u>August</u>, 2025;

**ORDERED** that the Motion to Admit Counsel Jonathan Wallace *Pro Hac Vice* is hereby **GRANTED**;

**IT IS FURTHER ORDERED** as follows:

1. Attorney Jonathan Wallace is hereby **ADMITTED *PRO HAC VICE*** in this matter to represent the interests of Plaintiffs Fawzia Afzal-Khan and Adam Rzepka.

2. Pursuant to Local Civil Rule 101.1(c), there is good cause shown for Mr. Wallace's admission *pro hac vice* because this matter involves issues in which Mr. Wallace has substantial experience and because there exists an attorney-client relationship between Mr. Wallace and Plaintiffs Afzal-Khan and Rzepka.

3. Attorney Jonathan Wallace shall comply with all applicable New Jersey Rules of Professional Conduct and shall be subject to the disciplinary jurisdiction of this Court, pursuant to Local Civil Rule 101.1(c) and 104.1.

4. Attorney Jonathan Wallace shall consent to the appointment of the Clerk of the Court as an agent upon whom service of process may be made for all actions against him that may arise out of participation in this matter.

5. Attorney Jonathan Wallace shall notify the Court immediately of any matter affecting his standing at the bar of any other court.

6. Attorney Jonathan Wallace shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in this State, who shall be held responsible for them, the conduct of the cause, and the admitted attorney herein.

7.  Attorney Jonathan Wallace must, within 10 days, pay fees if and as required by shall comply with all applicable New Jersey Rules of Professional Conduct and shall be subject to the disciplinary jurisdiction of this Court, pursuant to Local Civil Rule 101.1(c) and 104.1. and thereafter submit affidavits of compliance.

8.  Non-compliance with any of these requirements shall constitute grounds for removal.

9.  A copy of this Order shall be provided to all parties via E-mail and E-filing within seven (7) days of the date hereof.

10. Jonathan Wallace shall make payment of $250 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.(c)(3), as amended, within twenty (20) days from the date of the entry of this order.

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 8/20/25