Maryam S. Fatouh, Esq.
111 Town Square Place, Ste. 1238
Jersey City, NJ 07310
P: (856) 296-1877
E: Maryam.Fatouh@gmail.com

---

October 21, 2025

***Via ECF***
Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

>    **Re:**    ***Fawzia Afzal-Khan, et al. v. Montclair State University, et al.***
>    **Case No.: 2:25-cv-13793-MEF-MEH**

Dear Judge Farbiarz,

We represent the Plaintiffs in the above-referenced matter. We write to advise the Court that the parties have reached agreement on several matters. Specifically, the parties have consented to the filing of a Second Amended Complaint and have agreed to extend Plaintiffs' deadline to file that pleading until <u>November 3, 2025</u>.

The parties have further agreed that Montclair State University will be dismissed as a defendant, while reserving the issue of whether such dismissal will be with or without prejudice to be determined at a later time.

A proposed Consent Order reflecting these agreements will be forthcoming for the Court's consideration.

Respectfully submitted,

/s/ *Maryam S. Fatouh*
Maryam S. Fatouh, Esq.
Attorneys for Plaintiffs

cc:    Edward G. Sponzilli, Esq. – Via E-mail
Mina M. Miawad, Esq. – Via E-mail
Jonathan Wallace, Esq.– Via E-mail
Theodore Bohn, Esq.– Via E-mail