Maryam S. Fatouh, Esq.
111 Town Square Place
Suite 1238
Jersey City, NJ 07310
P: (856) 296-1877
E: Maryam.Fatouh@gmail.com

_____

December 9, 2025

**Via ECF**
Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court, District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

       **Re:** *Afzal-Khan et al. v. Montclair State University et al.*
       Civil Action No. 2:25-cv-13793-MEF-MAH

Dear Judge Hammer:

    We represent the Plaintiffs in the above-referenced matter. The parties jointly and respectfully request an adjournment of the Virtual Scheduling Conference currently scheduled for **January 6, 2026 at 3:30 p.m.**, as well as the related deadline to submit a joint discovery plan on **January 5, 2026**.

    Defendants' response to Plaintiffs' Second Amended Complaint is due on **January 16, 2026**. The parties agree that it would be more efficient to hold the Rule 16 conference after the Defendants have responded to Plaintiffs' Second Amended Complaint. An adjournment will allow the parties to meet and confer meaningfully and prepare a discovery plan and proposed schedule that will be most helpful to the Court.

    Accordingly, the parties respectfully request that the Scheduling Conference and joint discovery plan deadline be adjourned to a date convenient for the Court **after January 16, 2026**, preferably during the week of **January 26, 2026**, or at the Court's earliest convenience thereafter.

    We thank the Court for its attention and consideration.

                                   Respectfully submitted,

                                   *s/ Maryam S. Fatouh*
                                   Maryam S. Fatouh

Hon. Michael A. Hammer
December 9, 2025
Page 2

Cc:    Edward G. Sponzilli, Esq. – Via E-mail
       Mina M. Miawad, Esq. – Via E-mail
       Jonathan Wallace, Esq. – Via E-mail
       Ted Bohn, Esq. – Via E-mail